UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| Mark Mina, *as an individual and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> Red Robin International, Inc. *et al.*, <br><br> Defendants. | Civil Action No.: 1:20-cv-00612-RM-NYM |

**RESPONSE OF PROPOSED INTERVENOR JOHN GERACI TO SETTLEMENT CONFERENCE**

Proposed Intervenor John Geraci ("Geraci"), respectfully submits this response to the scheduling of a settlement conference between Plaintiff Mark Mina ("Mina") and Defendant Red Robin International, Inc. ("Red Robin").

Geraci is the named plaintiff in the first-filed putative class action, *Geraci v. Red Robin International, Inc.*, No. 1:19-cv-01826-RM-KLM (D. Colo. Nov. 1, 2018) ("Geraci Action"), filed on November 1, 2018.[1]  On May 14, 2020, Geraci moved to intervene and to stay this matter under the first to file rule as this action is a duplicative of Geraci's earlier filed case. (Doc. No. 67).  That motion is fully briefed.  However, decision on that motion was stayed following Mina's acquiesce to Red Robin's motion to stay. (Doc. No. 77).  Meanwhile Geraci's case has not been stayed, and discovery is ongoing.

After being contacted by Mina and Red Robin, on September 11, 2020, the Court scheduled a status conference to discuss matters related to a potential settlement which presumably is geared toward some type of class resolution. (Doc. No. 78).

---

[1] The Geraci Action was originally filed in the U.S. District Court for the District of New Jersey on November 1, 2018, and was subsequently transferred to the District of Colorado on June 24, 2019.

Geraci files this response to note his concern with any class settlement entered into by Mina. In particular, Geraci is concerned with a reverse-auction situation whereby the Defendant might pick and choose with whom to settle on a class-wide basis. This is a red-flag and is not in the best interests of class members. *Ross v. Convergent Outsourcing, Inc.,* 323 F.R.D. 656, 660 (D. Colo. 2018) (nature of proposed settlement raises a "red flag" of a so-called "reverse auction" where "a defendant seeing competing class cases cherry picks the attorneys willing to accept the lowest class recovery, in exchange for enhanced fees.") (citation omitted) (denying preliminary approval of class action settlement and granting motions to intervene by plaintiffs in similar class actions).

Geraci respectfully submits that his motion to intervene and to stay should be decided, and class counsel chosen, at least on an interim basis, before any class settlement talks take place.

Dated: September 15, 2020

Respectfully submitted,

By:   */s/ Sergei Lemberg*
Sergei Lemberg
LEMBERG LAW, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this, the 15th day of September, 2020, the foregoing was filed with the Clerk of the Court which sent notice of such filing to all counsel of record.

/s/ Sergei Lemberg
Sergei Lemberg