**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 20-cv-00612-RM-NYW

MARK MINA, as an individual and on behalf of all others similarly situated,

    Plaintiff,

v.

RED ROBIN INTERNATIONAL, INC., and
RED ROBIN GOURMET BURGERS INC.,

    Defendants.

---

**ORDER**

---

    This putative class action brought under the Telephone Consumer Protection Act is before the Court on the Recommendation of United States Magistrate Judge Nina Y. Wang (ECF No. 93) to deny as moot Proposed Intervenor John Geraci's Motion to Intervene (ECF No. 67). No objection to the Recommendation has been filed, and the time to do so has expired. The Court hereby accepts the Recommendation, which is incorporated into this Order by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    "In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991). As discussed in greater detail in the Recommendation, Mr. Geraci sought to intervene in this action because he filed an earlier action that raised virtually identical allegations and claims against the same defendant. However, Mr. Geraci's action has since been dismissed by stipulation. Accordingly, the magistrate judge determined that the Motion to Intervene had

become moot. The Court finds the magistrate judge's analysis was sound and discerns no clear error on the face of the record.

Therefore, the Court ACCEPTS the Recommendation (ECF No. 93) and DENIES AS MOOT the Motion to Intervene (ECF No. 67).

DATED this 15th day of September, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge

2