## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Mark Mina, *on behalf of himself and all others similarly situated*,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Red Robin International, Inc. and Red Robin Gourmet Burgers, Inc.,<br><br>　　　　　　Defendants. | Civil Action No. 1:20-CV-00612-RM-NYW |

## [PROPOSED] ORDER GRANTING
## UNOPPOSED JOINT MOTION TO STAY DISCOVERY

Before the Court is the Unopposed Joint Motion to Stay Discovery. Upon consideration of the Motion and the entire record, and good cause appearing therein, it is hereby ORDERED that the Motion be GRANTED.

It is further ORDERED that discovery in this matter is stayed pending the Court's ruling on the Motion to Dismiss with Prejudice Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. 110);

It is further ORDERED that Parties agree to file a status report regarding further scheduling within 14 days of the Court's ruling on Doc. 110.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　_____