IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00612-RM-KLM

MARK MINA, as an individual and on behalf of all others similarly situated,

    Plaintiff,

v.

RED ROBIN INTERNATIONAL, INC., and
RED ROBIN GOURMET BURGERS, INC.,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order entered by Judge Raymond P. Moore on August 19, 2022, it is hereby

ORDERED that the Objection (ECF No. 124) is OVERRULED, the Recommendation (ECF No. 123) is ACCEPTED. It is further

ORDERED that judgment is entered in favor of the Defendants, Red Robin International, Inc. and Red Robin Gourmet Burgers, Inc., and against Plaintiff, Mark Mina, as an individual and on behalf of all others similarly situated, on Defendants' Motion to Dismiss. It is further

ORDERED that this case is closed.

Dated at Denver, Colorado this 19th day of August, 2022.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:   s/Robert R. Keech,
        Robert R. Keech,
        Deputy Clerk